*Rong on 10/1/10*
*by HJ Receipt #*
*191693*

MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Eric W. Miller

Chapter 7 Case No. 07-44749

Please Check One:

_____   Unclaimed Dividends

__✓__   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank BKY Dept. P.O. Box 5229 Cincinnati, OH 45201 | 6 | 193.49 | 2.43 |
| Park Dental Maple Grove 15785 95th Avenue North Maple Grove, MN 55369 | 8 | 106.56 | 1.34 |

*3.77*

Dated: September *30*, 2010

_____
Randall L. Seaver, Trustee

C:\Data\ready\Trustee-Mpls\Forms\(72) Unclaimed Dividends Distribution Less than $5.wpd